### LIVINGSTON *et al. v.* PEACOCK *et al.*

PER CURIAM.   Under the ruling in the case of *Livingston* v. *Peacock,* 155 *Ga.* 261 (116 S. E. 618), which applied the doctrine laid down in *Ridgeway* v. *Ridgeway,* 84 *Ga.* 25 (10 S. E. 495), the judgment of the court below denying a new trial must be reversed.

*Judgment reversed. All the Justices concur.*

No. 4968.   FEBRUARY 19, 1926.

---

Trial 38 Cyc. p. 1557, n. 24.

Equitable petition. Before Judge Sheppard. Dodge superior court. May 21, 1925.·

*B. R. Calhoun* and *Hall, Grice & Bloch,* for plaintiffs.

*W. A. Wooten* and *Roberts & Smith,* for defendants.